CSD 2012 [09/27/10]

Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr., Chapter 13 Trustee
Todd Headden [SBN 269282] Research Attorney
530 'B' Street, Suite 1500
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)

Order Entered on
July 12, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

David and Celestina Uriarte

Debtor.

BANKRUPTCY NO. 10-19701-MM13

Date of Hearing: June 14, 2011
Time of Hearing: 2:00 PM
Name of Judge: Hon. Margaret M. Mann

**ORDER DISMISSING CHAPTER 13 CASE AFTER HEARING**

Upon consideration of a Motion to Dismiss this case:

☐ Filed by _____, Creditor, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 13 trustee;

☐ Filed by _____, Chapter 13 Trustee, and upon hearing requested by the Debtor(s);

☐ Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

☑ Filed by the Chapter 13 Trustee in conjunction with a regularly noticed hearing on an Objection to Confirmation of the Debtor's proposed Chapter 13 Plan for the reasons set forth on the record;

☐ Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: July 12, 2011

_Margaret M Mann_
Judge, United States Bankruptcy Court

CSD 2012