NDT
Rev. 02/09

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**David Uriarte**
 445 Lexington Circle
Oceanside, CA 92057
xxx–xx–1198
*Debtor Aliases: No Known Aliases*

Case number: 10–19701–MM13
Chapter: 13
Judge Margaret M. Mann

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

**Celestina Marie Uriarte**
 445 Lexington Circle
Oceanside, CA 92057
xxx–xx–0522
*Joint Debtor Aliases:* Celestina Marie Garcia

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above−named **Debtor and Joint Debtor (David Uriarte and Celestina Marie Uriarte)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 7/12/11

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
7/12/11
\*\*\*\*\*\*\*\*\*\*