# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: lcruz | Date Created: 7/12/2011 |
| Case: 10–19701–MM13 | Form ID: ndt | Total: 32 |

**Recipients of Notice of Electronic Filing:**
tr          Thomas H. Billingslea        Billingslea@thb.coxatwork.com
aty         Larissa L. Lazarus           larissa@millerlegalcenter.com
aty         Mark L. Miller               mark@millerlegalcenter.com

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          David Uriarte        445 Lexington Circle        Oceanside, CA 92057
jdb         Celestina Marie Uriarte        445 Lexington Circle        Oceanside, CA 92057
smg         Dun &Bradstreet        Attn: Lynne Roberts, 2nd Floor        3501 Corporate Parkway        PO Box 520        Center Valley, PA 18034–0520
smg         Franchise Tax Board        Attn: Bankruptcy        P.O. Box 2952        Sacramento, CA 95812–2952
12545770    American Capital Ent        42145 Lyndie Ln Ste 212        Temecula, CA 92591
12554566    American Home Mortgage Servicing, Inc.        1525 S. Beltline Road, SUIte 100N        Coppell, Texas 75019
12545771    American Home Mtg Svci        4600 Regent Blvd Ste 200        Irving, TX 75063
12545772    Arrow Financial Servic        5996 W Touhy Ave        Niles, IL 60714
12545773    Asset Acceptance Llc        Po Box 2036        Warren, MI 48090
12554140    BAC Home Loans Servicing LP        7105 Corporate Drive        Plano, Texas 75024
12545774    Bk Of Amer        P.O. Box 17054        Wilmington, DE 19884
12545775    Ca Accts Svc        P.O. Box 1622        El Cajon, CA 92022
12545776    Cbna        Po Box 769006        San Antonio, TX 78245
12606879    Citibank South Dakota NA        Payment Center        4740 121st St        Urbandale, IA 50323
12545777    Cmre Financial Svcs In        3075 E Imperial Hwy Ste        Brea, CA 92821
12550185    Discover Bank        Dfs Services LLC        PO Box 3025        New Albany, OH 43054–3025
12545778    Discover Fin Svcs Llc        Po Box 15316        Wilmington, DE 19850
12646504    Franchise Tax Board        Bankruptcy Section MS A340        PO Box 2952        Sacramento, CA 95812–2952
12545779    Greater Cal Fin Svcs        Po Box 3470        Paso Robles, CA 93447
12626957    Jefferson Capital Systems LLC        PO BOX 7999        SAINT CLOUD MN 56302–9617
12688579    LVNV Funding LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
12545780    Lvnv Funding Llc        Po Box 740281        Houston, TX 77274
12545781    Mcydsnb        9111 Duke Blvd        Mason, OH 45040
12551462    Midland Credit Management, Inc.        8875 Aero Drive, Suite 200        San Diego, CA 92123
12545782    Midland Credit Mgmt        8875 Aero Dr        San Diego, CA 92123
12545783    Partners Col        403 Axminister        Fenton, MO 63026
12704239    Recovery Management Systems Corporation        25 S.E. 2nd Avenue, Suite 1120        Miami, FL 33131–1605
12545784    Target Nb        Mail Stop 2bd P O Box 9475        Minneapolis, MN 55440–9475
12545785    Wingspan Portfolio Advisors        PO Box 703395        Dallas, TX 75370

                                                                                TOTAL: 29