# Notice Recipients

District/Off: 0974–3        User: lcruz            Date Created: 7/12/2011
Case: 10–19701–MM13         Form ID: pdfO1         Total: 5

**Recipients of Notice of Electronic Filing:**
tr     Thomas H. Billingslea     Billingslea@thb.coxatwork.com
aty    Larissa L. Lazarus        larissa@millerlegalcenter.com
aty    Mark L. Miller            mark@millerlegalcenter.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     David Uriarte            445 Lexington Circle    Oceanside, CA 92057
jdb    Celestina Marie Uriarte  445 Lexington Circle    Oceanside, CA 92057

TOTAL: 2